FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

RAYMOND CYR, individually and as personal representative for the Estate of Linda Cyr,

Plaintiff,

v.

FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN,

Defendant.

No. 1:25-CV-03224-RLP

ORDER TO SHOW CAUSE AND GRANTING MOTION FOR RECONSIDERATION REGARDING MOTION TO WITHDRAW AS COUNSEL

Before the Court is Plaintiff's Counsel's Isaac Ruiz and Brenna Pink Pampena's Motion for Reconsideration of Court's Order Conditionally Granting Leave to Withdraw, ECF No. 21. On May 11, 2026, Mr. Ruiz and Ms. Pink filed a motion to withdraw as counsel for good cause pursuant to RPC 1.7. ECF No. 17. On June 22, the undersigned granted leave to withdraw as to Mr. Cyr individually, and conditional leave to withdraw as to the Estate of Linda Cyr, pending the appearance of new counsel. The Court also ordered the Estate of Linda Cyr to

ORDER TO SHOW CAUSE AND GRANTING MOTION FOR RECONSIDERATION ~ 1

obtain new counsel by July 10, 2026. To date, new counsel has not appeared on behalf of the estate.

Accordingly, **IT IS ORDERED:**

1.    The Motion for Reconsideration of Court's Order Conditionally Granting Leave to Withdraw, **ECF No. 21** is **GRANTED.** Attorneys Isaac Ruiz and Brenna Pink Pampena are **TERMINATED** as counsel of record for all plaintiffs.

2.    Within 14 days of the date of this order, Plaintiffs shall show cause why this action should not be dismissed as to the Estate of Linda Cyr for failure to obtain counsel as previously ordered. Failure to show cause will result in the dismissal of this action without prejudice as to the Estate of Linda Cyr.

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order and provide copies to counsel and Mr. Cyr.

DATED July 15, 2026.



REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE AND GRANTING MOTION FOR
RECONSIDERATION ~ 2